**No. 57969.**—Rubin Bros. Waste Co., Inc. *v.* United States, protest 215092–K (New York).

Opinion by JOHNSON, J.   At the trial it was stipulated that the issues and facts herein are similar to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the one bale of wool rags reported by the inspector as manifested, not found, was not in fact received by the importer. In accordance with stipulation of counsel and following the decision cited it was held that duty is not assessable upon such portions of the merchandise as were reported by the inspector as manifested, not found.   The protest is sustained to this extent.

MARCH 31, 1954

**No. 57970.**—Gold-Silver & Co. and Frank P. Dow Co., Inc. *v.* United States, protest 191032–K.—
Plaintiffs' application for rehearing granted.

BEFORE THE FIRST DIVISION, APRIL 8, 1954

**No. 57971.**—National Biscuit Company *v.* United States, protest 204519–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise represented by the invoice item described as "162 caisses, Fact 7, 22, 702 K° 600,; lbs. 50.070" consists of cellulose sheets similar in all material respects to those the subject of *Coughlin Mfg. Co.* v. *United States* (27 Cust. Ct. 40, C. D. 1345) and *Gillette Safety Razor Co.* v. *United States* (27 Cust. Ct. 44, C. D. 1346), the claim of the plaintiff was sustained.